| | |
|---|---|
| KATHY A. DOCKERY<br>CHAPTER 13 TRUSTEE<br>700 S. FLOWER ST., SUITE 1950<br>LOS ANGELES, CA 90017<br>PHONE: (213) 996-4400<br>FAX: (213)-996-4426 | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION | |
| IN RE:<br><br>MICHAEL EDWARD KIRALLA<br><br><br>Debtor(s). | Chapter 13 Case No.: LA11-29307-SK |

### TRUSTEE'S DECLARATION RE: DEBTOR'S FAILURE TO APPEAR AT THE §341(a) MEETING OF CREDITORS

I, Kathy A. Dockery, declare as follows:

1. I am the duly appointed, qualified and standing Chapter 13 Trustee in Case No: LA11-29307-SK and by virtue thereof, I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and if called to do so, I could and would testify competently thereto.

2. The §341(a) Meeting of Creditors in this matter was scheduled for July 8, 2011

3. The Debtor(s) failed to appear for examination.

*(signature)*

Kathy A. Dockery, Chapter 13 Trustee

| In re: **MICHAEL EDWARD KIRALLA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **LA11-29307-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**TRUSTEE'S DECLARATION RE: DEBTOR'S FAILURE TO APPEAR AT THE §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 7/13/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/13/2011 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                    **F 9013-3.1**

| | |
|---|---|
| In re: **MICHAEL EDWARD KIRALLA** | CHAPTER: 13 |
| | CASE NUMBER: **LA11-29307-SK** |

**Service List**

ESQUIRE LAW CENTER
1440 N. HARBOR BLVD., STE 250
FULLERTON, CA 92835

Michael Edward Kiralla
3901 E. California Blvd.,
Pasadena, CA 91107

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**